SLIP OPINION

Cite as 2016 Ark. 331

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| | **Opinion Delivered** October 6, 2016 |
| IN RE COMMITTEE ON CHILD SUPPORT | |

## PER CURIAM

Circuit Judge Kenny Johnson of Warren and Mark D'Auteuil, Esq., of Russellville are reappointed to the Supreme Court Committee on Child Support for four-year terms to expire on November 30, 2020. Court of Appeals Judge Rita Gruber of North Little Rock, James A. McLarty III, Esq., of Newport, and Barbara Morris-Williams, Esq., of Little Rock have each served two terms; however, in light of the fact that they have spent considerable time on the committee's latest project and it is at a critical stage, they are reappointed for an additional one-year term to expire on November 30, 2017. The court thanks them for their continued service.